**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-20154**
**Summary Calendar**
_____


**DIANA MENARD,**

**Plaintiff-Appellant,**

**versus**

**CITY OF HOUSTON, ET. AL.,**

**Defendant,**

**CITY OF HOUSTON,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Southern District of Texas**
**Lower Docket No. H-99-CV-2931**
_____

July 19, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of

the briefs and pertinent portions of the record.  Having done so,

_____

[*] Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.

we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.